David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Mackenzie C. Gonzales (SBN: 333839)
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*FINANCIAL ACCOUNTS SERVICES TEAM, INC.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEEIA WILDMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL ACCOUNTS SERVICES TEAM, INC.<br><br>Defendant. | Case No.: 2:23-cv-00312-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT FINANCIAL ACCOUNTS SERVICES TEAM, INC. TO ANSWER COMPLAINT**<br><br>District Judge Daniel J. Calabretta |

On April 18, 2023, Defendant FINANCIAL ACCOUNTS SERVICES TEAM, INC., and Plaintiff GEEIA WILDMAN filed a Joint Stipulation to Extend Time To Answer Complaint To May 04, 2023.

After reviewing and considering the stipulation and after considering the arguments of the parties, the Court rules as follows:

/ / /

1

It is so ORDERED that Defendant has until May 4th, 2023 to answer Plaintiff's Complaint.

Dated:  April 18, 2023    /s/ Daniel J. Calabretta
    _____
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE