Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEEIA WILDMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Financial Accounts Services Team, Inc.<br><br>Defendant. | Case No.: 2:23-cv-00312-DJC-JDP<br><br>**The Hon. Daniel J. Calabretta**<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed:  2/20/2023 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the Case is dismissed with prejudice with each party to bear their respective costs and fees

BY THE COURT:

DATED: May 1, 2024          /s/ Daniel J. Calabretta
                            _____
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE